IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



| | | |
|---|---|---|
| PAMELA TUCKER | ) | JUDGE CASTILLO |
| Plaintiff | ) | |
| -vs- | ) | 01C 1787 |
| LOYOLA UNIVERSITY OF CHICAGO, | ) | |
| an Illinois not-for-profit Corporation, | ) | MAGISTRATE JUDGE DENLOW |
| Defendant | ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, PAMELA TUCKER, by and through her attorneys, Ronald A. Orner, David A. Beck and Craig A. Moen, and complaining of Defendant, LOYOLA UNIVERSITY OF CHICAGO, an Illinois not-for-profit Corporation, and states as follows:

### COUNT I – RACIAL DISCRIMINATION

### NATURE OF ACTION

1. Plaintiff's, Pamela Tucker, cause of action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000(e) et seq, and the Civil Rights Act of 1866, 42 U.S.C. Section 1981, which provides for redress for racial discrimination in employment.

### JURISDICTION AND VENUE

2. This court has jurisdiction over plaintiff's racial discrimination action pursuant to 28 U.S.C. 1331.

3. Plaintiff has sought timely federal relief. On December 1, 2000, plaintiff, Pamela Tucker, filed a Charge of Discrimination with the Equal Employment Opportunity Commission. Plaintiff received written notice of her Right to Sue from the

Equal Employment Opportunity Commission on February 5, 2001. (A copy is attached hereto as Exhibit A.)

4. Venue lies in this district pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000(e) et seq, because plaintiff's cause of action arose in Cook County, Illinois, and defendant's principal place of business is in Cook County, Illinois.

## PARTIES

5. Plaintiff, PAMELA TUCKER, (hereinafter "TUCKER") is an individual who resides in Naperville, Illinois.

6. Loyola University of Chicago, (hereinafter "LOYOLA") is an educational institution with its principal place of business in Cook County, Illinois.

## FACTS

7. From on or about April 20, 1998, Tucker was employed by defendant, Loyola, as Director of Administrative Services.

8. At all times relevant hereto, Tucker was and is a member of the protected class, to wit: an African American.

9. Tucker had always performed her job duties in an acceptable manner consistent with Loyola's standards.

10. Tucker was racially discriminated against and treated differently than non-African American employees who were similarly situated, including but not limited to, the following:

      A)    Her Caucasian supervisors failed to support her, unlike similarly situated Caucasian employees;

      B)    Was replaced in her position and told she could accept a demotion or resign on October 19, 2000, whereas similarly situated Caucasian employees were not treated in

such a fashion.

11. Tucker complained about the discriminatory conduct, but Loyola was never able to or prevented its employees were not treated in such a fashion.

12. All of the above described acts violate Title VII of the Civil Rights Act of 1964 and the Civil Rights Act of 1866.

13. As a direct and proximate result of Loyola's discriminatory conduct, Tucker has suffered a materially adverse employment action, loss of her job.

WHEREFORE, plaintiff, PAMELA TUCKER prays that this Court enter judgment for plaintiff for:

a) Compensatory damages;

b) Back pay;

c) Front pay;

d) Emotional pain and suffering;

e) Punitive damages;

f) Attorneys' fees and costs;

g) Any other relief that this Court deems just and reasonable.

## COUNT II – AGE DISCRIMINATION IN EMPLOYMENT ACT

1. Plaintiff's cause of action arises under the Age Discrimination in Employment Act, 29 U.S.C. Section 623 et seq, which provides for redress for deprivation of rights on account of discrimination in employment for persons who are at least forty (40) years of age.

2. From on or about April 20, 1998, Tucker was employed by defendant, Loyola, as Director of Administrative Services.

3. At all times relevant hereto, Tucker was a member of the protected class, to wit: an individual over forty (40) years of age.

4. Tucker had always performed her job duties in an acceptable manner consistent with Loyola's standards.

5. Tucker was discriminated on the basis of her age, in that on October 19, 2000, she was asked to resign her position or accept a demotion, and she was replaced by a younger individual.

6. Loyola's removal of Tucker from her position on the basis of her age was willful, and Tucker's age was a motivating factor in the loss of her job.

WHEREFORE, plaintiff, PAMELA TUCKER, prays judgment for:

a) Back pay;

b) Front pay;

c) Punitive damages;

d) Compensatory damages;

e) Emotional pain and suffering;

f) Attorneys' fees and costs;

g) Any other relief that this Court deems just and proper.

_____
Ronald A. Orner

_____
David A. Beck

_____
Craig A. Moen

Ronald A. Orner
David A. Beck
Craig A. Moen
ORNER, BECK, ZYDOWSKY,
  MOEN & SPLITT, LTD.
200 North LaSalle Street
Suite 1920
Chicago, Illinois 60601
(312) 346-2630

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
# NOTICE OF RIGHT TO SUE
### (Issued on request)

45131

**To:** Pamela L. Tucker
2339 Emerson Lane
Naperville, IL 60540

Certified No.: 7000 0600 0022 104 9414

☐ On behalf of a person aggrieved whose identity is confidential (29 C.F.R. 1601.7(a))

**From:** Equal Employment Opportunity Commission
500 West Madison Street
Suite 2800
Chicago, Illinois 60661

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 210A10936 | Lynn Cousins, Investigator | (312) 353-9194 |

(See the additional information attached to this form.)

**TO THE PERSON AGGRIEVED:** This is your NOTICE OF RIGHT TO SUE. It is issued at your request. If you intend to sue the respondent(s) named in you charge, **YOU MUST DO SO WITHIN NINETY (90) DAYS OF YOUR RECEIPT OF THIS NOTICE: OTHERWISE YOUR RIGHT TO SUE IS LOST.**

☐ More than 180 days have expired since the filing of this charge.

☒ Less than 180 days have expired since the filing of this charge, but I have determined that the commission will be unable to complete its process within 180 days from the filing of the charge.

☒ With the issuance of this NOTICE OF RIGHT TO SUE, the Commission is terminating its process with respect to this charge.

☐ It has been determined that the Commission will continue to investigate your charge.

☒ **ADEA:** While Title VII and the ADA require EEOC to issue this notice of right to sue before you can bring a lawsuit you may su under the Age Discrimination in Employment Act (ADEA) any time 60 days after your charge was filed until **90 days after you received notice that EEOC has completed action on your charge.**

  ☒ Because EEOC is closing your case, your lawsuit under the ADEA must be brought within 90 days of your receipt this notice. Otherwise, your right to sue is lost.

  ☐ EEOC is continuing its investigation. You will be notified when we have completed action and, if our notice will include notice of right to sue under the ADEA.

☐ **EPA:** While Title VII and the ADA require EEOC to issue this Notice of Right to Sue before you can bring a lawsuit you already have the right to sue under the Equal Pay Act (EPA). (You are not required to complain to any enforcement agency before bringing and EPA suit in court). EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

On Behalf of the Commission

_January 3, 2001_
Date

_John P. Rowe_
John P. Rowe, District Director

Enclosures
    Information Sheet
    Copy of Charge

"EXHIBIT A"

RECEIVED FEB 0 5 2001

cc: Respondent(s)    Loyola University

EEOC Form 161-B (Test 10/94)

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
PAMELA TUCKER

JUDGE CASTILLO

MAGISTRATE JUDGE DENLOW

## DEFENDANTS
LOYOLA UNIVERSITY OF CHICAGO, an Illinois not-for-profit Corporation

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: DU PAGE
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: COOK
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Orner, Beck, Zydowsky, Moen & Splitt, Ltd.
200 North LaSalle Street, S-1920
Chicago, Illinois 60601
(312) 346-2630

01C 1787

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF |
|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

TORTS — PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

TORTS — PERSONAL INJURY
- ☐ 362 Personal Injury — Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

CIVIL RIGHTS
- ☐ 441 Voting
- ☒ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Plaintiff's cause of action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000(e) et seq, and the Civil Rights Act of 1866, 42 U.S.C. Section 1981, which provides for redress for racial discrimination in employment.

## VII. REQUESTED IN COMPLAINT
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint
JURY DEMAND: ☐ YES ☐ NO

## VIII. This case
☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE: March 14, 2001

SIGNATURE OF ATTORNEY OF RECORD
David A. Beck

UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

JUDGE CASTILLO

In the Matter of

PAMELA TUCKER, Plaintiff
-vs-
LOYOLA UNIVERSITY OF CHICAGO, an Illinois not-for-profit Corporation, Defendant

MAGISTRATE JUDGE DENLOW

Case Number: 01C 1787

DOCKETED MAR 1 5 20

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

PAMELA TUCKER

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: Ronald A. Orner | NAME: David A. Beck |
| FIRM: Orner, Beck, Zydowsky, Moen & Splitt, Ltd. | FIRM: Orner, Beck, Zydowsky, Moen & Splitt, Ltd. |
| STREET ADDRESS: 200 North LaSalle Street, S-1920 | STREET ADDRESS: 200 North LaSalle Street, S-1920 |
| CITY/STATE/ZIP: Chicago, Illinois 60601 | CITY/STATE/ZIP: Chicago, Illinois 60601 |
| TELEPHONE NUMBER: (312) 346-2630 | TELEPHONE NUMBER: (312) 346-2630 |
| IDENTIFICATION NUMBER: 02117622 | IDENTIFICATION NUMBER: 03124013 |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [X] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [X] | TRIAL ATTORNEY? YES [X] NO [ ] |
| | DESIGNATED AS LOCAL COUNSEL? YES [X] NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: Craig A. Moen | NAME: |
| FIRM: Orner, Beck, Zydowsky, Moen & Splitt, Ltd. | FIRM: |
| STREET ADDRESS: 200 North LaSalle Street, S-1920 | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, Illinois 60601 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: (312) 346-2630 | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: 01937545 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [X] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [X] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |